| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) Robart, James L | 2. Court or Organization U.S. Dist Court, W.D. of WA | 3. Date of Report 05/05/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. Dist. Judge (active) | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 01/01/2004 to 12/31/2004 |
| 7. Chambers or Office Address 700 Stewart Street, Room 14134 Seattle, WA 98101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Managing Partner (1/1 to 6/28/04) | Lane Powell Spears Lubersky LLP |
| 2. Trustee | Whitman College |
| 3. Trustee | Hugh S. Cannon Foundation |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2004 | Lane Powell Spears Lubersky LLP 401(k) Plan |

RECEIVED 2005 MAY 13 A 11:07 FINANCIAL DISCLOSURE OFFICE

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Robart, James L | 05/05/2005 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ NONE  - (No such reportable gifts.

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Lane Powell Spears Lubersky | Reception following investiture | $44,608 |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE  - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America | Credit Card | J |
| 2. | Citibank | Credit Card | J |
| 3. | Bank of America | Credit Card | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Robart, James L | 05/05/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. | – First USA Bank C.D. | B | Interest | K | T | | | | | |
| 74. | – Capital One Bank C.D. | B | Interest | K | T | | | | | |
| 75. | – Providian Bank C.D. | C | Interest | L | V | | | | | |
| 76. | – Bank Hapoalim C.D. | C | Interest | L | T | | | E | | |
| 77. | – Discover Bank C.D. | C | Interest | L | T | | | | | |
| 78. | – Russell 2000 I Shares | C | Dividend | G | T | Buy | 7/15 | D | | |
| 79. | – Doral Bank CD | B | Interest | L | T | Buy | 1/9 | | | |
| 80. | – Flagstar Bank CD | B | Interest | L | T | Buy | 8/20 | L | | |
| 81. | – Morton Bank CD | B | Interest | L | T | Buy | 3/1 | L | | |
| 82. | – Fed Nat Mortg. Notes | B | Interest | L | T | Buy | 9/22 | L | | |
| 83. | – Money Fund | B | Interest | K | T | | | | | |
| 84. | BROKERAGE IRA #2 | | | | | | | | | |
| 85. | – U.S. Treasury Strips | | None | K | T | | | | | |
| 86. | – Am. Century Ultra Mut. Fund | | Dividend | | T | Buy | 2/3 | | | |
| 87. | – Janus Balanced Mut. Fund | | Dividend | | | | | | | |
| 88. | – T Rowe Price New Asia | A | Dividend | | | | | | | |
| 89. | BROKERAGE IRA #3 | | Interest | | | | | | | |
| 90. | – U.S. Treasury Strips | | None | | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Robart, James L | 05/05/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 127. — Bensalem, PA Wtr. Bonds | | None | J | T | | | | | |
| 128. — Spokane, WA School Bonds | A | Interest | | | Called | 4/1 | K | | |
| 129. — Maricopa, AZ Dev. Auth. Bond | A | Interest | J | T | | | | | |
| 130. — Spokane, WA G.O. Bond | A | Interest | | | Matured | 12/1 | K | | |
| 131. — Providian Bank - CD | | None | K | T | Buy | 10/21 | K | | |
| 132. — Gold Bank - CD | | None | | | Buy | 12/23 | K | | |
| 133. — MBNA Bank - CD | | None | | T | Buy | 9/8 | K | | |
| 134. — First Am Bank - CD | | None | J | T | Buy | 11/24 | | | |
| 135. — Lehman Bros. Notes | | None | K | | Buy | 8/17 | K | | |
| 136. — Atlanta, GA Bonds | A | Interest | | T | Buy | 2/11 | K | | |
| 137. — Snohomish Cty PUB Bonds | A | None | K | | Buy | 3/21 | K | | |
| 138. — Tempe, AZ School Bonds | | None | K | | Buy | 12/9 | K | | |
| 139. — Lower CO River Auth Bonds | | None | K | | Buy | 12/8 | | | |
| 140. — Phoenix, AZ G.O. Bond | | Interest | K | | Buy | 7/10 | K | | |
| 141. — U of IL Notes | | Interest | K | | Buy | 4/15 | | | |
| 142. — Jenison MICH School Notes | | None | K | | Buy | 8/15 | K | | |
| 143. — Fidelity Cash Account | | Interest | K | | Buy | 2004 | K | | |
| 144. HUGH CANNON FOUNDATION | | | K | | | | | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Robart, James L | 05/05/2005 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

Item 1 - Sale should have been reflected on Nomination Report

Item 2 - Purchase should have been reflected on Nomination Report

Item 3 - Matured during non-reporting period in 2003

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Robart, James L | 05/05/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____          Date___ May 5, 2005

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

**FILING INSTRUCTIONS**

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

AMENDED

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2004

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| AO-10 Rev. 1/2004 | | |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Robart, James L | 2. Court or Organization<br><br>U.S. Dist Court, W.D. of WA | 3. Date of Report<br><br>05/05/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Dist. Judge (active) | 5. ReportType (check appropriate type)<br><br>○ Nomination,  Date<br><br>○ Initial   ● Annual   ○ Final | 6. Reporting Period<br><br>01/01/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>700 Stewart Street, Room 14134<br><br>Seattle, WA 98101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS.    (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE   - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Managing Partner (1/1 to 6/28/04) | Lane Powell Spears Lubersky LLP |
| 2. | Trustee | Whitman College |
| 3. | Trustee | Hugh S. Cannon Foundation |

## II. AGREEMENTS.    (Reporting individual only; see pp. 14-16 of filing instructions)

☐ NONE   - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2004 | Lane Powell Spears Lubersky LLP 401(k) Plan |

RECEIVED 2005 AUG 16 A 11:15 FINANCIAL DISCLOSURE OFFICE

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Robart, James L | 05/05/2005 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2004 | Lane Powell Spears Lubersky LLP - salary | $174,508 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE  - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | The Aspen Institute | Oct. 14-17, 2004, Wye Woods, Maryland - International Rights Seminar (transportation, meals, housing) |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Robart, James L | 05/05/2005 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ NONE - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Lane Powell Spears Lubersky | Reception following investiture | $44,608 |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America | Credit Card | J |
| 2. | Citibank | Credit Card | J |
| 3. | Bank of America | Credit Card | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Robart, James L | 05/05/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Key Bank | | | | | | | | | |
| 2. Bank of America | | | | | Closed | 6/24 | | | |
| 3. BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 4. – Schwab Money Market Fund | | | | | | | | | |
| 5. LPSL WA-1 | | | | | Redemp. | 6/28 | | | |
| 6. Capstan Fund LP | | | | | Dissolved | 12/31 | | | |
| 7. Oak Harbor, WA Rental Property (2004 - $445,594) | | | | | | | | | |
| 8. Shoreline, WA Rental Property (2004 - $412,000) | | | | | | | | | |
| 9. Seattle, WA Rental Property (2004 - $193,000) | | | | | | | | | |
| 10. ISROB Associates | | | | | | | | | |
| 11. Bank of Washington Common Stock | | | | | | | | | |
| 12. Charter Bank Common Stock | | Dividend | | | | | | | |
| 13. Pallino Restaurant Common Stock | | None | | | Written off | 12/31 | | | |
| 14. Barclay Seed Co. Common Stock | | None | | | Buy | 4/20 | | | Company |
| 15. BROKERAGE ACCOUNT #2 | | | | | | | | | |
| 16. – Boeing Common Stock | | Dividend | | | Sell | 6/25 | | | |
| 17. – Boise Cascade Common Stock | | Dividend | | | Sell | 6/25 | | | |
| 18. – Deutsche Telekom Common Stock | | None | | | Sell | 6/25 | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes: Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. -- ICOS Common Stock | ▓ | ▓ | ▓ | ▓ | Sell | 6/25 | ▓ | ▓ | |
| 20. -- JDS Uniphase Common Stock | ▓ | ▓ | ▓ | ▓ | Sell | 6/25 | ▓ | ▓ | |
| 21. -- Starbucks Common Stock | ▓ | ▓ | ▓ | ▓ | Part sell | 2/2 | ▓ | ▓ | |
| 22. | ▓ | ▓ | ▓ | ▓ | Part sell | 5/27 | ▓ | ▓ | |
| 23. -- Wells Fargo Common Stock | ▓ | ▓ | ▓ | ▓ | Sell | 6/25 | ▓ | ▓ | |
| 24. -- Western Wireless Common Stock | ▓ | ▓ | ▓ | ▓ | Sell | 6/25 | ▓ | ▓ | |
| 25. -- Schwab Money Market Fund | ▓ | ▓ | ▓ | ▓ | | | ▓ | ▓ | |
| 26. -- Silver Standard Common Stock - x | ▓ | ▓ | ▓ | ▓ | Buy | 1990 | ▓ | ▓ | |
| 27. -- Russell 2000 Ishares | ▓ | ▓ | ▓ | ▓ | Buy | 8/2 | ▓ | ▓ | |
| 28. -- SPDR Units | ▓ | ▓ | ▓ | ▓ | Buy | 8/2 | ▓ | ▓ | |
| 29. TREASURY DIRECT ACCOUNT | ▓ | ▓ | ▓ | ▓ | | | ▓ | ▓ | |
| 30. -- 3/31/03 Note - see Part VIII, Item 1 | ▓ | ▓ | ▓ | ▓ | Sell | 2003 | ▓ | ▓ | |
| 31. -- 5/31/03 Note - see Part VIII, Item 1 | ▓ | ▓ | ▓ | ▓ | Sell | 2003 | ▓ | ▓ | |
| 32. -- 3/31/04 Note | ▓ | ▓ | ▓ | ▓ | Matured | 3/31 | ▓ | ▓ | |
| 33. -- 6/30/05 Note - see Part VIII, Item 2 | ▓ | ▓ | ▓ | ▓ | Buy | 2003 | ▓ | ▓ | |
| 34. -- 3/31/06 Note | ▓ | ▓ | ▓ | ▓ | Buy | 3/31 | ▓ | ▓ | |
| 35. -- 5/15/07 Note | ▓ | ▓ | ▓ | ▓ | | | ▓ | ▓ | |
| 36. Chevron Texaco Common Stock | ▓ | ▓ | ▓ | ▓ | | | ▓ | ▓ | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| No. | Description | | | | | Transaction | Date | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | ▓ | | ▓ | | | ▓ | ▓ | |
| | | | Dividend | | | | | | ▓ | |
| | | | Dividend | ▓ | | | | ▓ | | |
| | | | Dividend | ▓ | | | | | ▓ | |
| | | | ▓ | | ▓ | | | | | |
| | | | | | ▓ | | | ▓ | ▓ | |
| | | | Dividend | | ▓ | | | | ▓ | |
| | | ▓ | | | ▓ | | | | ▓ | |
| | | | None | | | Sell | | | | |
| 46. | EB Equity Index Mutual Fund | ▓ | ▓ | ▓ | ▓ | Sell | 8/23 | ▓ | ▓ | |
| | Janus Worldwide Mutual Fund | ▓ | None | ▓ | ▓ | Sell | 8/23 | ▓ | ▓ | |
| 48. | T.R. Price Eur. St. Mutual Fund | ▓ | Dividend | ▓ | ▓ | | | ▓ | ▓ | |
| | Vanguard GNMA Mutual Fund | ▓ | Dividend | ▓ | ▓ | | | ▓ | ▓ | |
| 50. | Vanguard Int. Growth Mutual Fund | ▓ | None | ▓ | ▓ | Sell | 7/15 | ▓ | ▓ | |
| | BROKERAGE ACCOUNT #5 | ▓ | None | ▓ | ▓ | | | ▓ | ▓ | |
| 52. | -- PG&E Common Stock | ▓ | None | ▓ | ▓ | Sell | 6/3 | ▓ | ▓ | |
| | BROKERAGE IRA #1 | ▓ | ▓ | ▓ | ▓ | | | ▓ | ▓ | |
| | -- Kraft Common Stock | A | Dividend | ▓ | ▓ | Sell | 4/6 | ▓ | ▓ | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Robart, James L | 05/05/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 55. – Microsoft Common Stock | ▓ | None | ▓ | ▓ | Sell | 6/28 | M | ▓ | |
| 56. – Starbucks Common Stock | ▓ | None | ▓ | ▓ | Part Sell | 5/27 | ▓ | ▓ | |
| 57. – Int. Bank Zero Coup Notes | ▓ | None | ▓ | ▓ | Matured | 2/15 | ▓ | ▓ | |
| 58. – Chemical Bank Zero Coup Note | ▓ | None | ▓ | ▓ | | | ▓ | ▓ | |
| 59. – Pepsico Zero Coup Notes | ▓ | None | ▓ | ▓ | | | ▓ | ▓ | |
| 60. – Chattanooga Corp Zero Coup Note | ▓ | None | ▓ | ▓ | | | ▓ | ▓ | |
| 61. – Int Flavors Zero Coup Note | ▓ | None | ▓ | ▓ | | | ▓ | ▓ | |
| 62. – For Zero Corp Note | ▓ | None | ▓ | ▓ | | | ▓ | ▓ | |
| 63. – Household Fin Zero Corp Note | ▓ | None | ▓ | ▓ | | | ▓ | ▓ | |
| 64. – Gov't Back Trust Notes | ▓ | None | ▓ | ▓ | | | ▓ | ▓ | |
| 65. – Gov't Secs. Trust Notes | ▓ | None | ▓ | ▓ | | | ▓ | ▓ | |
| 66. – U.S. Treasury Strips | ▓ | None | M | ▓ | Part mature | 8/16 | ▓ | ▓ | |
| 67. – Tenn. Valley Auth. Note | ▓ | None | ▓ | ▓ | | | ▓ | ▓ | |
| 68. – Fed Nat Mort Assn Strips | ▓ | None | ▓ | ▓ | | | ▓ | ▓ | |
| 69. – Gov't Trust Cert. | ▓ | None | M | ▓ | | | ▓ | ▓ | |
| 70. – Resolution Trust Strips | ▓ | None | M | ▓ | | | ▓ | ▓ | |
| 71. – New Jersey Pension Note | ▓ | None | ▓ | ▓ | | | ▓ | ▓ | |
| 72. – MBNA Bank C.D. | A | Interest | ▓ | ▓ | Part mature | 9/13 | ▓ | ▓ | |

1. Income/Gain Codes: A =$1,000 or less  B =$1,001-$2,500  C =$2,501-$5,000  D =$5,001-$15,000  E =$15,001-$50,000
(See Columns B1 and D4)  F =$50,001-$100,000  G =$100,001-$1,000,000  H1 =$1,000,001-$5,000,000  H2 =More than $5,000,000
2. Value Codes: J =$15,000 or less  K =$15,001-$50,000  L =$50,001-$100,000  M =$100,001-$250,000
(See Columns C1 and D3)  N =$250,000-$500,000  O =$500,001-$1,000,000  P1 =$1,000,001-$5,000,000  P2 =$5,000,001-$25,000,000
P3 =$25,000,001-$50,000,000  P4 =$More than $50,000,000
3. Value Method Codes: Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash/Market
(See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Robart, James L | 05/05/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. — First USA Bank C.D. | ▮ | ▮ | ▮ | | | | ▮ | ▮ | |
| 74. — Capital One Bank C.D. | ▮ | ▮ | ▮ | ▮ | | | ▮ | ▮ | |
| 75. — Providian Bank C.D. | ▮ | ▮ | ▮ | ▮ | | | ▮ | ▮ | |
| 76. — Bank Hapoalim C.D. | ▮ | ▮ | ▮ | ▮ | | | ▮ | ▮ | |
| 77. — Discover Bank C.D. | ▮ | ▮ | ▮ | ▮ | | | ▮ | | |
| 78. — Russell 2000 I Shares | ▮ | ▮ | ▮ | | Buy | 7/15 | ▮ | ▮ | |
| 79. — Doral Bank CD | ▮ | ▮ | ▮ | ▮ | Buy | 1/9 | ▮ | ▮ | |
| 80. — Flagstar Bank CD | ▮ | ▮ | ▮ | ▮ | Buy | 8/20 | ▮ | ▮ | |
| 81. — Morton Bank CD | ▮ | ▮ | ▮ | ▮ | Buy | 3/1 | ▮ | ▮ | |
| 82. — Fed Nat Mortg. Notes | ▮ | ▮ | ▮ | ▮ | Buy | 9/22 | ▮ | ▮ | |
| 83. — Citibank Bank Deposit Program | ▮ | ▮ | ▮ | ▮ | | | ▮ | ▮ | |
| 84. BROKERAGE IRA #2 | ▮ | ▮ | ▮ | | | | | ▮ | |
| 85. — U.S. Treasury Strips | ▮ | ▮ | ▮ | ▮ | | | ▮ | ▮ | |
| 86. — Am. Century Ultra Mut. Fund | A | Dividend | ▮ | ▮ | Buy | 2/3 | ▮ | ▮ | |
| 87. — Janus Balanced Mut. Fund | A | Dividend | ▮ | ▮ | | | ▮ | ▮ | |
| 88. — T Rowe Price New Asia | A | Dividend | ▮ | ▮ | | | ▮ | ▮ | |
| 89. BROKERAGE IRA #3 | ▮ | ▮ | ▮ | ▮ | | | ▮ | ▮ | |
| 90. — U.S. Treasury Strips | ▮ | Dividend | ▮ | ▮ | | | ▮ | ▮ | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Robart, James L | 05/05/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. – Am. Century Ultra Mut. Fund | | | | | | | | | |
| 92. – Janus Balanced Mut. Fund | | | | | | | | | |
| 93. – T.R. Price New Asia Mut. Fund | | | | | | | | | |
| 94. BROKERAGE IRA #4 | | | | | | | | | |
| 95. – Keycorp Common Stock | | | | | Sell | 6/28 | | | |
| 96. – Microsoft Common Stock | | | | | Sell | 6/28 | | | |
| 97. – 3M Common Stock | | | | | Sell | 6/28 | | | |
| 98. – WA Mutual Common Stock | | | | | Sell | 6/28 | | | |
| 99. – Int. Bank for Recon. Note | | | | | | | | | |
| 100. – GMAC Bond | | | | | | | | | |
| 101. – S&P 500 I Shares | | | | | Buy | 7/15 | | | |
| 102. – Russell 2000 I Shares | | | | | Buy | 7/15 | | | |
| 103. – Citibank Bank Deposit Program | | | | | | | | | |
| 104. BROKERAGE ACCOUNT #6 | | | | | | | | | |
| 105. – Sparks, NV Rev. Bonds | | | | | | | | | |
| 106. – Hawaii G.O. Bond - see Part VIII, Item 3 | | | | | | | | | |
| 107. – Intermountain Power Bond - see Part VIII, Item 3 | | | | | | | | | |
| 108. – Sedona Sewer Bond | | | | | Matured | 5/1 | | | |

1. Income/Gain Codes:     A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
    (See Columns B1 and D4)     F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes:     J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
    (See Columns C1 and D3)     N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
        P3 = $25,000,001-$50,000,000     P4 = $More than $50,000,000
3. Value Method Codes     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
    (See Column C2)     U = Book Value     V = Other     W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Robart, James L | 05/05/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109. — Seattle Municipal Light Bond | ▓ | ▓ | ▓ | ▓ | Matured | 6/15 | ▓ | ▓ | |
| 110. — Pierce County Housing Bond | A | ▓ | ▓ | ▓ | Matured | 9/30 | ▓ | ▓ | |
| 111. — Unita, WY School Bond | ▓ | ▓ | ▓ | ▓ | Matured | 3/1 | ▓ | ▓ | |
| 112. — Crook County School Bond | ▓ | ▓ | ▓ | ▓ | Matured | 2/2 | ▓ | ▓ | |
| 113. — North Slope G.O. | A | ▓ | ▓ | ▓ | Matured | 6/30 | ▓ | ▓ | |
| 114. — WA Public Power Sup Bond | ▓ | ▓ | ▓ | ▓ | Matured | 7/1 | ▓ | ▓ | |
| 115. — Cleveland OH Power Bond | ▓ | ▓ | ▓ | ▓ | Matured | 11/15 | ▓ | ▓ | |
| 116. — Sparks NV Redev. Agy Bond | ▓ | ▓ | ▓ | ▓ | | | ▓ | ▓ | |
| 117. — Clark City NV Trans. Bond | ▓ | ▓ | ▓ | ▓ | | | ▓ | ▓ | |
| 118. — Twin Falls, ID Dev. Bond | ▓ | ▓ | ▓ | ▓ | Matured | 4/30 | ▓ | ▓ | |
| 119. — Arapahoe, CO Cap Bond | ▓ | ▓ | ▓ | ▓ | | | ▓ | ▓ | |
| 120. — Pierce County School Dist. Bond | ▓ | ▓ | ▓ | ▓ | | | ▓ | ▓ | |
| 121. — Spokane, WA G.O. Bond | ▓ | ▓ | ▓ | ▓ | Matured | 12/1 | ▓ | ▓ | |
| 122. — Oregon St. G.O. Bond | ▓ | ▓ | ▓ | ▓ | Matured | 7/1 | ▓ | ▓ | |
| 123. — Yakima, WA School Dist. Bond | ▓ | ▓ | ▓ | ▓ | Matured | 12/15 | ▓ | ▓ | |
| 124. — Tacoma, WA Public Util. Bond | A | ▓ | ▓ | ▓ | | | ▓ | ▓ | |
| 125. — Utah Building Own. Bond | ▓ | ▓ | ▓ | ▓ | | | ▓ | ▓ | |
| 126. — Washington State Bond | B | ▓ | ▓ | ▓ | | | ▓ | ▓ | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)  U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Robart, James L | 05/05/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 127. – Bensalem, PA Wtr. Bonds | | | | | | | K | | |
| 128. – Spokane, WA School Bonds | | | | | Called | 4/1 | K | | |
| 129. – Maricopa, AZ Dev. Auth. Bond | | | | | | | | | |
| 130. – Spokane, WA G.O. Bond | | | | | Matured | 12/1 | | | |
| 131. – Providian Bank - CD | | | | | Buy | 10/21 | K | | |
| 132. – Gold Bank - CD | | | | | Buy | 12/23 | K | | |
| 133. – MBNA Bank - CD | | | | | Buy | 9/8 | K | | |
| 134. – First Am Bank - CD | | | | | Buy | 11/24 | | | |
| 135. – Lehman Bros. Notes | | | | | Buy | 8/17 | K | | |
| 136. – Atlanta, GA Bonds | A | | | | Buy | 2/11 | K | | |
| 137. – Snohomish Cty PUB Bonds | A | Int. | | T | Buy | 3/21 | | | |
| 138. – Tempe, AZ School Bonds | | | | T | Buy | 12/9 | | | |
| 139. – Lower CO River Auth Bonds | | | | | Buy | 12/8 | K | | |
| 140. – Phoenix, AZ G.O. Bond | | Int. | | T | Buy | 7/10 | | | |
| 141. – U of IL Notes | | Int. | | | Buy | 4/15 | | | |
| 142. – Jenison MICH School Notes | | Int. | | | Buy | 8/15 | | | |
| 143. – Fidelity Cash Account | D | Int. | | | Buy | 2004 | | | |
| 144. HUGH CANNON FOUNDATION | | | | | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes: Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Robart, James L | 05/05/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior discl | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 163. – Vanguard REIT Fund | ███ | ███████ | ██ | ██ | Buy | 8/26 | ███ | ███ | |
| 164. – Russell 2000 Index Fund | ███ | ███████ | ██ | ██ | Buy | 8/26 | ███ | ███ | |
| 165. – Schwab Money Market Fund | ██ | ██████ | ██ | ██ | | | ███ | ███ | |
| 166. Vanguard Intl. Tax Managed Fund | ███ | ███████ | ██ | ██ | Buy | 8/6 | ███ | ███ | |

1. Income/Gain Codes:       A  = $1,000 or less        B  = $1,001-$2,500        C  = $2,501-$5,000        D  = $5,001-$15,000        E  = $15,001-$50,000
   (See Columns B1 and D4)  F  = $50,001-$100,000    G  = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:             J  = $15,000 or less     K  = $15,001-$50,000      L  = $50,001-$100,000    M  = $100,001-$250,000
   (See Columns C1 and D3)  N  = $250,000-$500,000   O  = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
                            P3 = $25,000,001-$50,000,000                        P4 = $More than $50,000,000
3. Value Method Codes       Q  = Appraisal           R  = Cost (Real Estate Only)   S  = Assessment          T  = Cash/Market
   (See Column C2)          U  = Book Value          V  = Other                W  = Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Robart, James L | 05/05/2005 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

Item 1 - Sale should have been reflected on Nomination Report

Item 2 - Purchase should have been reflected on Nomination Report

Item 3 - Matured during non-reporting period in 2003

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ███████████████

Date  August 9, 2005

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544